# IPP International U.G. Declaration Exhibit A
# File Hashes for IP Address 98.200.182.68

**ISP:** Comcast Cable
**Physical Location:** Spring, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 10/31/2016 01:10:20 | 4E3DBEDBDF6BE0E7E27236015263F89A42120F97 | Cum For A Ride |
| 10/31/2016 01:00:31 | 1D7F77503ECAEB0394329781D7BFC3F76D16326D | Caprice Swaps Cocks |
| 10/31/2016 00:59:16 | 5BF326FBAAF87F3E750F080DCE085011E562EBBE | Forbidden Fruit |
| 09/13/2016 04:31:37 | 9368E10FAA298F6CC6581047778F171C147E54A8 | Romance in the Garden |
| 08/27/2016 00:27:44 | C9CF5A8811F7233CC35C947D379DAE5B9977DC26 | Hungry For Your Love |
| 08/27/2016 00:26:40 | 1E10476D82581FA264DD3D5EC9771D2F49F9A677 | Love Her Madly |
| 08/10/2016 07:55:38 | CB3EAE417778FFD481453F3618F8ED6D4AB751AE | Triple Blonde Fantasy |
| 08/04/2016 08:37:30 | 9ACCD9F498769C3E61D1934C9237406ACF9D11DE | The Call Girl |
| 07/10/2016 15:44:29 | 95350D3E87AA55C0EAD0ADB5D0B471D49238B844 | The Ranch Hand |
| 06/09/2016 20:34:08 | 5CF74DDFF817F18342D01A1E88D2053BB766C91E | The Artiste |
| 05/15/2016 03:40:16 | 0989CB77070D67E14B3FF445DB09F9E9017351AC | Asstastic |
| 04/26/2016 20:15:59 | 52E59CA006DFC91CFBC3C7F1DD30E30E34903998 | Kristin and Nine Unleashed |
| 04/18/2016 04:10:17 | AC3307D2D37E7B5023434EE0DF45485C0FB358D6 | Susie Forever |
| 04/11/2016 03:19:25 | 1B18D50812B58182D5E73C2DF44A124A48B3A479 | Sex At The Office |
| 04/03/2016 03:05:59 | 80887678F3F20DEED3580EBFDF7E550F96CE32E6 | Czechmates |
| 03/19/2016 23:15:25 | B00E50D6367B2AA803B328A97A01DEDC14BA075F | Tropical Sexcapades |
| 03/16/2016 12:54:13 | E08FC7C36E6FEB1F4B1BBF0A973DCD0652413A8D | Twice as Nice |
| 03/16/2016 06:42:25 | 5FD3D2CA3613C40DFE3F78C3F6B45704AEA4CDDA | Tantalizing Fox |
| 02/29/2016 04:01:53 | EE4BD4A311F61368C1BBB8621F55442D9AAF3D85 | Loving It Hard And Deep |
| 02/19/2016 21:25:23 | E686A39A3715DCB454347307A4E942D7E84562A9 | Getting Our Pussies Wet For You |
| 02/11/2016 02:48:46 | 6DE65FF3342C57396C06AC7A1D7CBF9013A5EE4B | A Beautiful Place |
| 02/05/2016 23:06:35 | 2D977CF21E6554D14D2FCAF8763E43CA6636E264 | Luckiest Man Alive |

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/29/2016 20:20:35 | 0795957EB77B0C2ECD7C669292F5FD28BC3629CA | Four Way In 4K |
| 01/22/2016 02:06:16 | 1BB6E4A9513C7F0DDA844F6E82B790E5AB3512FC | Hot In Here |
| 01/17/2016 03:23:12 | AEFAF09AC68DAA06E98C65AFC792BF6E79A8E359 | Sweet Sensations |
| 12/26/2015 15:02:28 | 59B39828EC56E960501BC4C135A1182FB8C8CCBA | Black Widow |
| 12/11/2015 04:24:46 | 4F99498549B8B8F3E84D2E48788CDFBA10C3247E | Like The First Time |
| 12/05/2015 04:22:05 | 84E441EB7F9EEA34B1CD08C515422B3A3575EEF8 | Hot Winter Fox |
| 11/28/2015 02:03:12 | 709EB8DC735F4EC28C1998AA2BF94038EAE1E633 | A Fucking Hot Threesome |
| 11/26/2015 04:26:25 | 541BDBD5EF818A76C75843AB4E5FE630D34B1F56 | Rock Me Baby |
| 11/14/2015 11:07:14 | 5B83CEBBD62C1A363577BE1789A8D322E4DAF4A4 | Dressed to Thrill |
| 11/07/2015 17:14:49 | 2DEEC4AEBA574E85225418E7AF3878EFE0A9F8B6 | A Night In Vegas |
| 11/04/2015 22:53:22 | 24749B2D2FA20F38142DF7E7AFC4536AF7338948 | The Cabin And My Wood |
| 10/24/2015 05:09:57 | 47A99D5D93ADB0A0AD477C8D77FCC33CCA08BA5A | Four Ways |
| 10/11/2015 05:33:03 | 6E674B63791F7F409485CC909D2E60EA91B7223F | Skin Tillating Sex For Three |
| 10/01/2015 00:57:29 | B2A6AFE50E6C569016C5D1B4424CBE0632E5AF28 | Puffy Nipple Lovers |
| 10/01/2015 00:56:51 | 4A3630F4DC5E33576CEBA61591886392A7521943 | Freckle Faced Fox |
| 09/17/2015 23:37:16 | BB247A3A8108226C2B1D9140F3832DB150BE36DC | Make Love To Me |
| 09/15/2015 20:22:14 | 09991A767E6D7A74336DB34CF9065D7AD49280E8 | A Fucking Picnic |
| 09/11/2015 19:14:04 | B0FE5E33B6F8AD375422662D0B17B1ECF685D7D1 | Alexis Love Me |
| 09/03/2015 02:19:51 | 137D2AC45D2B7D690622CA9FCB18B0B214CF68F6 | Every Mans Sexy Camping Trip |
| 08/29/2015 20:03:54 | 7DBCA94983661CA6AA5487316D4B597408FD7A85 | Spread Across The Floor |
| 08/29/2015 03:07:17 | CEEC8279BFB1046BC025AD6EA165CA24E4CEA77B | An Erotic Encounter |
| 08/19/2015 03:49:00 | CA05BEEA4160AA8CE6D40729CF807C9C83C10A99 | Infinite Luvv |
| 08/19/2015 02:17:55 | 62F779BB326AE96AF29ED89E9AE28DBBC3C76495 | Lovers Lane |
| 08/09/2015 11:43:35 | A14C1BE9212A3AD231621D5CA2855F89A388CC8F | First Lesbian Experience |
| 08/09/2015 11:36:39 | 070DF5EE3B29B48C52BB6EABF7F3B878E4683D1A | Dangerous When Wet |

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/09/2015 11:33:58 | E0F1205179D643B68976CAD925F73B5DED74C471 | Triple Play |
| 08/01/2015 01:53:01 | E2C405FAA5D9CC9DC4ACF936A2A6F7813AC00248 | Among The Wildflowers |
| 07/26/2015 13:59:20 | FF91D97C66277D931D69FFB676D620ACB21AB1D5 | Positively In Love |
| 07/26/2015 13:58:51 | 67B80D50A8D6CC221EFAB4A83E777C7182884706 | California Surf Fever |
| 07/18/2015 01:24:54 | 9C1B0D822E72527CAFDE1A60EAD1E485AA31E612 | Surrender To Seduction |
| 07/10/2015 02:50:25 | 23D71A2FA58CCC0BFF332362FAD01AFDDD3E42BC | Are You Man Enough |
| 07/03/2015 00:32:47 | 242FBF473D815423CD623BF4CB974EB015DB8C2A | Maddy Me Crazy |
| 06/24/2015 21:46:59 | E17E8F301F1614E7CFCF8A21875DCB187C63117C | A Deep Awakening |
| 06/20/2015 19:22:23 | 6C0B20304C7F62CE40E5BD8F0842367458B48110 | Seize The Moment |
| 06/19/2015 00:14:48 | 10D7125FBBDE277A225D5E790B33297F69A36E68 | Rub Me The Right Way |
| 06/16/2015 04:50:04 | A69EA187E6D5E1595CA736C273464A380F452679 | Lisas Playroom |
| 05/30/2015 04:12:31 | 2788D3340D8C923096133B62DE25288CA0DE2123 | Hippie Chic |
| 05/24/2015 04:49:31 | 0EFE150DB067BCCAF6BECE7DF28CB4254FE4F27E | Above The Air |
| 05/18/2015 02:32:47 | 0FF35577760FE2E0E5FF4BE5130AB6A1E5A46C00 | Tight Ass Teen |
| 05/18/2015 02:24:56 | D1A210158BD861F65340F87FDDDB5BEA73958272 | Take Your Picture |
| 05/18/2015 02:22:12 | 865EEF0EC63BC17A2A4B4CF13E1E02782C1D4A10 | Capture Me |
| 05/03/2015 17:09:06 | A19D809C2BAAE830971997BD7590E02E8ACCD2BE | Cum Inside the Fantasy Suite |
| 05/02/2015 00:33:42 | 51F596F52EF05C1151A4504042D8F4E1A83AF35A | Keep On Cumming |
| 04/25/2015 23:25:51 | EEED1672365B66DD4469F6093D1BC6AF074A9F31 | Playful and Wet |
| 04/25/2015 04:12:23 | 1C270D98F32BE3DC936354EB57C8A4E43E256886 | Good Morning I Love You |
| 04/25/2015 03:08:27 | 306B958F03940E1AC266829CB13B3C949B5BF2A4 | Dripping Pleasures |
| 04/18/2015 04:18:37 | 07B3A42CD8005257D89CE68D5C7CC0E51A3F31C2 | Do Not Keep Me Waiting Part #1 |
| 04/18/2015 04:06:11 | BC7D0860A55E1433B036B9ABDEDC551FEEC6C810 | Little Play Thing |
| 04/14/2015 18:09:59 | 25F5D864A923E552C10B486078DD0484000FC8E6 | Tiffanys Tight Ass |
| 04/01/2015 03:43:20 | 47C13D10391D5B4D6639C460720EF2DA64D30A5B | Take Me Now |

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/28/2015 13:11:16 | 4A5E92C8F914961D338FEA605B5250C5DC0D17E2 | Too Hot To Handle |
| 03/22/2015 06:33:14 | CD8514DB27AA41EEBDE014DCDBC8A27A218AE267 | Red Hot and Ready |
| 03/22/2015 02:51:20 | 25F31DD6C77A6BEE60AAB056F738C787C05D0A44 | Twice The Fun |
| 03/04/2015 03:30:20 | C66F63BCA030EAC0FE9B7E0057BA388DED503A1E | Double Daydreams |
| 02/27/2015 11:06:38 | AC25BCAF1E7FE4D2F84E4FFCB420CA861C36DE9F | Deepest Desires |
| 02/24/2015 04:03:06 | B70CB6EB580981804B5E9F2AF7825E552004DDDF | Midnight Passion |
| 02/15/2015 12:57:20 | 3D937C124236B90908D5EFC26E0B1E8CE70C74C3 | Pool Party For Three |
| 02/15/2015 12:03:30 | 26348EB738286485E807302CBFD29DA2879D8B84 | Those Beautiful Lips |
| 02/15/2015 11:09:29 | 6A51E79E7714B00A17E3A8C05663F98168228F53 | Spread Wide Open |
| 02/02/2015 01:36:10 | 5DA7CA3D12DB4D72842718BC3EE6CA09197583AE | Go Fish |
| 02/01/2015 06:37:46 | 8F841D13D963CAEAB09C1B9449CC3C4E08D551B0 | The Studio Part #2 |
| 02/01/2015 05:34:55 | 6B534D9734BE61DE03586B41D188594BBBB3B425 | Summertime |
| 02/01/2015 05:30:02 | F0FD5C999A9F0543E5FE9C5C89EBF30F3F93F016 | Maybe Yes |
| 01/22/2015 13:03:57 | 915C81A8B581839F65553EF3F4C1687AD88D2B8B | Sizzling Hot |
| 01/22/2015 12:26:21 | 271FD479FFF8BA0D4B57F1A9F7C4881AF949258D | The Secretary |
| 01/02/2015 01:57:15 | F7EE157394A17FB50D56A0D62D399B0E275D4427 | Morning Glory |
| 12/28/2014 16:58:42 | 7EE94E852C90F7D4FEA5588A82AE3F948FBE0A97 | Bedtime Hijinks |
| 12/27/2014 18:24:47 | 95144E02DAF8E01ADBE0AF1BF853EE672BAAF557 | Black On White |
| 12/27/2014 15:01:49 | 205A2A15AA0F06327405CEC53E04812C356AA6B8 | Blonde Perfection |
| 12/27/2014 13:29:38 | D766E56FE53D252B7BB9D1968F8DD6E8855842FA | Strawberry Morning |
| 12/27/2014 12:32:18 | 1AC522C5FE11B932CFB6C8EE9F1A2AFEDF8447D2 | Never Better |
| 12/24/2014 23:17:07 | 15590790F10C6912A66273FF9F29D1F66AA12CD7 | East Meets West |
| 12/20/2014 17:13:43 | D76D19D34D66687B294C75059BA3A275B3DB0134 | Tease Me Please Me |
| 12/20/2014 16:54:11 | 48C0E6657C92B5FB9465DFE993889124A20592DD | Enjoy the Ride |
| 12/12/2014 05:37:29 | 21C115FB34216589DFB3D178B60FDE21C242F47C | Forever You Part #1 |

EXHIBIT A

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/09/2014 03:35:15 | 94B8964E14797E25565380E52E624CFA3045B329 | Under My Blanket |
| 12/09/2014 00:57:27 | D31250F2F583DFEFF9AC794E0CC750A74ABF46E6 | I Want You To Want Me |
| 12/05/2014 03:07:26 | 4B021FAFCAB6E6AB3C5F0B085191537B7E5D8E54 | Still Mine |
| 12/01/2014 06:31:37 | 17E9C7AAB73C2845D20844533DD246E8A8A81F03 | From Three to Four Part 2 |
| 12/01/2014 06:22:35 | 5FC4E9DEEC4674C3330589667370CCC9E89498B0 | Shes A Spinner |
| 12/01/2014 05:54:47 | 715B78352597171002BB84984D8D2EB350F0BF81 | Forever You Part #2 |
| 11/28/2014 20:16:19 | 1C190E00D17D24F8796721DA50C5CD153D440189 | Light My Fire |
| 11/28/2014 06:34:36 | A76B24C6848F089F7011D63DBB8F6A0EA42A2572 | Season of Love |
| 11/21/2014 04:53:50 | D5E276E864652942FCE11348DDE2BA0FA1ACAF6A | Tight and Wet |
| 11/16/2014 03:28:39 | FD8CC444C1F1E1C24509067D181ABC886BF3F80E | Spellbound |
| 11/15/2014 04:22:04 | 679583B4DE771AF53F3FBAC0FD17DEAE78745DAB | Deep Down In Me |
| 11/11/2014 14:41:45 | 972102A9DEDC642D254C1406CFF00A0F380735F2 | Exposed And Aroused |
| 11/11/2014 05:59:58 | 42F6E9D692828F3390DC2185CDBEEC69C714EF87 | Submissive Seduction |
| 11/11/2014 05:35:31 | 4BA35D9CF9A56C10649D35CE49BE8732D7D996F9 | Why I Love Czech Girls |
| 10/19/2014 05:00:01 | FF7C7866F11E1C9D0F203241D206995C8D87569A | Dripping Desires |
| 10/11/2014 04:02:16 | 9C892AB5A36C0FF253C78303880823637673C417 | Serving Seduction |
| 09/27/2014 13:21:09 | 0A17A3D52F646DA5D74427550D444603546A08AA | A Thought Of You |
| 09/27/2014 12:35:55 | 085B81470106DE39F7C84DB8C201077A29426621 | A Thought of You Part 2 |
| 09/25/2014 02:55:43 | 5876EAF77E543627AE9D8A6F88FAD33FBF988C4B | In the Blind |
| 08/30/2014 17:42:23 | 95B4E4CC01E2CBB87C987ADB2216565DD1416C32 | Taste Me |
| 08/23/2014 02:18:32 | AE0A6BB64F202B84FF197083E06F3A7E72951983 | A Dream Of You |
| 08/20/2014 07:59:46 | FEDE116F274326D1984D76D216D0DE8800F22F58 | Putting On A Show For You |
| 08/19/2014 22:44:28 | 67D81C07CCE2FACD6414F8F3672BE2476E03240D | Afterthoughts |
| 08/19/2014 22:09:31 | 3EDE916A26DA33E17A88940E6FD858C182A42515 | Emilie is All Alone |
| 08/19/2014 22:03:43 | 5200A63B3CD5AB12FECEA4AEA549BEDD75B57F62 | Fireside Fantasy |

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/19/2014 21:42:16 | 09E71C368BC5AF8527C7E891B5EE6E5016A56511 | Feeling Frisky |
| 08/14/2014 09:58:06 | 63FC12CDDF5DBE0304B7EBD6AC3B0435D01B358C | For Your Eyes Only |
| 08/10/2014 00:53:59 | 9B18995FF4BF5957CB9CB3A4E3119A82475181C3 | Cut Once More Please |
| 08/09/2014 23:31:00 | 47E1D57B1326071102DD44272F0B7A0F7A7CD6A0 | Breakfast At Eves |
| 08/07/2014 03:36:55 | 8E2ABD766FAD8E3A12FC302B013932415FDDD6FD | Paint Me Beautiful |
| 07/31/2014 08:28:09 | 1247492A24A5E4FC9A36EAADE5308C7AFF6C49AF | Carry Me Home |
| 07/31/2014 07:20:49 | 5331578B2992A448ABD6A283DDEF6639C654F7CB | Precious Metal |
| 07/31/2014 04:58:16 | F2A404014B130A149740F511D8DBE6F8A66237DC | Highrise Rendezvous |
| 07/12/2014 02:12:12 | 5D7F3D57745367656D4B88D0D17F72C3A28617C5 | Enjoy My Backdoor |
| 07/12/2014 00:18:07 | 8A671EF515DEB460D04DF16593475EB5A6708325 | Summertime Lunch |
| 07/06/2014 12:24:50 | 02744D186E0956E552C9AD10D76F915C46AA2D0C | Chloe Loves Carl Part 2 |
| 06/08/2014 10:13:54 | 676D3A4A4F169A41FB7097F347320A6574E601D3 | Dancing Romance |
| 06/08/2014 07:21:31 | 8EBF822A8B2F2B775D2C97D9360CBB13A22020AC | Sex With Glasses |

**Total Statutory Claims Against Defendant: 135**