**Copyrights-In-Suit for IP Address 98.200.113.222**

**ISP:** Comcast Cable
**Location:** Houston, TX

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Forbidden Fruit | PENDING | 10/15/2016 | 11/20/2016 | 12/02/2016 |
| Hotter Than Ever | PENDING | 11/27/2016 | 12/15/2016 | 12/02/2016 |
| Caprice Swaps Cocks | PENDING | 09/17/2016 | 11/20/2016 | 11/25/2016 |
| Pussy Cat Burglar | PENDING | 09/03/2016 | 09/13/2016 | 11/24/2016 |
| The Call Girl | PENDING | 07/30/2016 | 09/13/2016 | 10/21/2016 |
| The Ranch Hand | PENDING | 07/02/2016 | 07/08/2016 | 09/07/2016 |
| Triple Blonde Fantasy | PENDING | 06/18/2016 | 06/30/2016 | 09/06/2016 |
| Love Her Madly | PENDING | 08/13/2016 | 09/13/2016 | 08/14/2016 |
| The Artiste | PENDING | 05/28/2016 | 06/08/2016 | 06/26/2016 |
| Night Of Excitement | PENDING | 05/31/2016 | 06/08/2016 | 06/21/2016 |
| Kristin and Nine Unleashed | PENDING | 04/23/2016 | 05/24/2016 | 06/12/2016 |
| Black Widow | PA0001987183 | 12/25/2015 | 01/18/2016 | 06/12/2016 |
| Luckiest Man Alive | PENDING | 02/04/2016 | 02/17/2016 | 06/12/2016 |
| Every Guys Perfect Threesome | PENDING | 04/08/2016 | 04/13/2016 | 06/12/2016 |
| Rub Me The Right Way Too | PENDING | 05/04/2016 | 05/24/2016 | 06/12/2016 |
| These Girls Are On Fire | PENDING | 03/16/2016 | 04/13/2016 | 06/12/2016 |
| Four Play | PENDING | 03/25/2016 | 04/13/2016 | 06/11/2016 |
| Four Way In 4K | PENDING | 01/28/2016 | 02/17/2016 | 06/11/2016 |
| Domination Part Two | PA0001974001 | 11/24/2015 | 12/07/2015 | 06/06/2016 |
| Sex At The Office | PA0001990003 | 01/07/2016 | 01/18/2016 | 05/04/2016 |
| Skin Tillating Sex For Three | PA0001973993 | 10/03/2015 | 11/03/2015 | 05/03/2016 |

EXHIBIT B

STX66

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Hot Winter Fox | PA0001974018 | 12/02/2015 | 01/18/2016 | 04/20/2016 |
| Threesome With a View | PENDING | 04/15/2016 | 05/24/2016 | 04/19/2016 |
| An Erotic Encounter | PA0001965758 | 08/21/2015 | 08/26/2015 | 04/17/2016 |
| Sexy Summer Camp | PA0001990002 | 01/09/2016 | 01/18/2016 | 04/16/2016 |
| Inside Caprice | PA0001990004 | 12/29/2015 | 01/18/2016 | 04/16/2016 |
| Like The First Time | PA0001778844 | 02/29/2012 | 02/29/2012 | 01/18/2016 |
| First Time Lesbian Loving | PENDING | 10/10/2015 | 10/19/2015 | 12/07/2015 |
| Make Love To Me | PA0001970495 | 09/16/2015 | 09/21/2015 | 10/26/2015 |
| Lisas Hidden Cam | PA0001914534 | 09/11/2014 | 09/16/2014 | 10/03/2015 |
| Keep Cumming Kylie | PA0001967082 | 08/25/2015 | 09/07/2015 | 09/22/2015 |
| California Surf Fever | PA0001953953 | 07/23/2015 | 07/29/2015 | 09/17/2015 |
| Lovers Lane | PA0001958622 | 08/14/2015 | 08/18/2015 | 09/17/2015 |
| A Fucking Picnic | PA0001970487 | 09/12/2015 | 09/21/2015 | 09/16/2015 |
| Deep Down In Me | PA0001922955 | 11/13/2014 | 11/18/2014 | 08/18/2015 |
| A Sexy Lazy Afternoon | PA0001941281 | 04/20/2015 | 04/27/2015 | 08/17/2015 |
| Dangerous When Wet | PA0001954793 | 08/03/2015 | 08/03/2015 | 08/17/2015 |
| Fucking Ballerinas | PA0001928404 | 01/17/2015 | 01/19/2015 | 08/12/2015 |
| Let Me Join You | PA0001936475 | 03/15/2015 | 03/23/2015 | 08/12/2015 |
| Enjoy the Ride | PA0001926086 | 12/18/2014 | 12/29/2014 | 08/09/2015 |
| Cum Worthy | PA0001936474 | 03/13/2015 | 03/23/2015 | 08/09/2015 |
| First Time | PA0001926092 | 12/13/2014 | 12/29/2014 | 08/03/2015 |
| Catching The Sun | PA0001950762 | 07/09/2015 | 07/13/2015 | 07/13/2015 |
| Spread Across The Floor | PA0001937378 | 03/17/2015 | 04/03/2015 | 07/07/2015 |
| A Deep Awakening | PA0001949368 | 06/24/2015 | 07/01/2015 | 06/29/2015 |
| Watching | PA0001926090 | 12/14/2014 | 12/29/2014 | 06/21/2015 |

EXHIBIT B

STX66

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| The Secretary | PA0001928397 | 01/09/2015 | 01/19/2015 | 06/18/2015 |
| Back For More | PA0001928427 | 12/31/2014 | 01/19/2015 | 06/12/2015 |
| Fashion Models | PA0001838599 | 04/19/2013 | 04/28/2013 | 06/04/2015 |
| Do It To Me One More Time | PA0001944198 | 05/23/2015 | 05/26/2015 | 05/27/2015 |
| Above The Air | PA0001944200 | 05/21/2015 | 05/26/2015 | 05/27/2015 |
| Spellbound | PA0001922954 | 11/15/2014 | 11/18/2014 | 05/20/2015 |
| Good Morning I Love You | PA0001941287 | 04/22/2015 | 04/27/2015 | 04/26/2015 |
| Little Play Thing | PA0001940597 | 04/10/2015 | 04/20/2015 | 04/13/2015 |
| Bad Girls | PA0001847661 | 06/07/2013 | 06/17/2013 | 04/10/2015 |
| Tight Ass Teen | PA0001938748 | 04/01/2015 | 04/06/2015 | 04/08/2015 |
| Take Me Now | PA0001937380 | 03/24/2015 | 04/03/2015 | 03/31/2015 |
| Super Cutie | PA0001929804 | 01/20/2015 | 01/28/2015 | 03/30/2015 |
| Deepest Desires | PA0001935110 | 02/26/2015 | 03/11/2015 | 03/10/2015 |
| Good Night Kiss | PA0001872970 | 12/08/2013 | 12/11/2013 | 01/18/2015 |
| Blonde Perfection | PA0001926061 | 12/10/2014 | 12/29/2014 | 12/15/2014 |
| Brazilian Love Affair | PA0001895095 | 05/03/2014 | 05/12/2014 | 11/14/2014 |
| A Hot Number | PA0001878456 | 01/30/2014 | 02/18/2014 | 11/14/2014 |
| A Perfect Match | PA0001862419 | 09/11/2013 | 09/12/2013 | 11/14/2014 |
| Breakfast At Eves | PA0001909480 | 08/06/2014 | 08/26/2014 | 11/14/2014 |
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 11/11/2014 |
| Sex and Submission | PA0001882649 | 03/01/2014 | 03/06/2014 | 11/11/2014 |
| Photo Finish | PA0001874616 | 12/29/2013 | 01/05/2014 | 11/11/2014 |
| Wake Me Up Like This | PA0001862289 | 09/01/2013 | 09/08/2013 | 11/11/2014 |
| Lying Around | PA0001872754 | 12/10/2013 | 12/15/2013 | 11/10/2014 |
| Go Fish | PA0001880469 | 02/13/2014 | 02/21/2014 | 11/10/2014 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Featherlight | PA0001834618 | 04/02/2013 | 04/12/2013 | 11/09/2014 |
| Creamy | PA0001874617 | 01/02/2014 | 01/05/2014 | 11/09/2014 |
| Model Couple on Vacation | PA0001874613 | 12/17/2013 | 12/26/2013 | 11/09/2014 |
| In for the Night | PA0001874670 | 01/06/2014 | 01/06/2014 | 11/09/2014 |
| Zeppelin on Fire | PA0001874614 | 01/04/2014 | 01/05/2014 | 11/09/2014 |
| Waterfall Emotions | PA0001817757 | 12/05/2012 | 12/16/2012 | 11/09/2014 |
| What a Girl Wants Part #2 | PA0001847660 | 06/15/2013 | 07/09/2013 | 11/09/2014 |
| So Young | PA0001877472 | 01/25/2014 | 01/31/2014 | 11/09/2014 |
| Almost Famous | PA0001864687 | 09/27/2013 | 09/30/2013 | 11/09/2014 |
| Hot Brunettes | PA0001865957 | 10/03/2013 | 10/06/2013 | 11/09/2014 |
| Ready for Bed | PA0001831199 | 02/24/2013 | 03/07/2013 | 11/09/2014 |
| Brilliant Jillian | PA0001882648 | 03/03/2014 | 03/06/2014 | 11/09/2014 |
| Girls Love Pink and Diamonds | PA0001862290 | 09/05/2013 | 09/08/2013 | 11/09/2014 |
| Fun For Three | PA0001914731 | 09/19/2014 | 09/22/2014 | 11/09/2014 |
| Awakening | PA0001868806 | 11/09/2013 | 11/10/2013 | 11/09/2014 |
| Deep Longing | PA0001825722 | 02/05/2013 | 02/07/2013 | 11/09/2014 |
| Season of Love | PA0001877252 | 01/18/2014 | 01/26/2014 | 11/09/2014 |
| Triple Threat | PA0001860961 | 08/13/2013 | 09/02/2013 | 11/09/2014 |
| Our Little Cum Cottage | PA0001914537 | 09/05/2014 | 09/17/2014 | 11/09/2014 |
| I Will See You In The Morning | PA0001874746 | 01/14/2014 | 01/15/2014 | 11/06/2014 |
| Want You | PA0001822650 | 01/15/2013 | 01/27/2013 | 11/06/2014 |
| Sneaking In | PA0001860962 | 08/17/2013 | 09/08/2013 | 11/03/2014 |
| The Way I Feel | PA0001874745 | 01/08/2014 | 01/15/2014 | 11/03/2014 |
| Floating Emotions | PA0001887126 | 04/05/2014 | 04/07/2014 | 11/02/2014 |
| Wonder Waltz | PA0001859655 | 07/15/2013 | 08/02/2013 | 11/02/2014 |

EXHIBIT B

STX66

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Lipstick Lesbians | PA0001817755 | 12/15/2012 | 12/17/2012 | 11/02/2014 |
| A Girl Like You | PA0001827006 | 02/12/2013 | 02/21/2013 | 11/02/2014 |
| Loving Angels | PA0001817752 | 11/30/2012 | 12/17/2012 | 11/02/2014 |
| Sweet Awakening | PA0001907077 | 07/09/2014 | 07/27/2014 | 11/02/2014 |
| Meet Me in Madrid | PA0001847658 | 06/12/2013 | 06/30/2013 | 11/02/2014 |
| Surprise Surprise | PA0001892186 | 04/27/2014 | 04/29/2014 | 11/02/2014 |
| Apertif Our Style | PA0001874522 | 12/23/2013 | 12/30/2013 | 10/31/2014 |
| First and Forever | PA0001863112 | 09/21/2013 | 09/23/2013 | 10/30/2014 |
| Just Watch | PA0001898092 | 05/22/2014 | 06/06/2014 | 10/30/2014 |
| Date Night at Home | PA0001864689 | 09/29/2013 | 09/30/2013 | 10/30/2014 |
| Stay for a While | PA0001859661 | 07/05/2013 | 08/02/2013 | 10/30/2014 |
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 10/30/2014 |
| Introducing Kenzie | PA0001862286 | 09/07/2013 | 09/08/2013 | 10/30/2014 |
| Baby Blues | PA0001867887 | 10/30/2013 | 11/03/2013 | 10/30/2014 |
| At Home With Tiffany | PA0001880496 | 02/17/2014 | 02/21/2014 | 10/30/2014 |
| Trophy Wife | PA0001883767 | 03/05/2014 | 03/22/2014 | 10/30/2014 |
| My Days in Rome | PA0001886187 | 03/28/2014 | 04/02/2014 | 10/30/2014 |
| Get Wild at Home | PA0001877470 | 01/22/2014 | 01/31/2014 | 10/30/2014 |
| A Sweet Moment | PA0001872967 | 12/03/2013 | 12/07/2013 | 10/29/2014 |
| Just Watch Part 2 | PA0001902964 | 05/27/2014 | 06/06/2014 | 10/29/2014 |
| For Your Eyes Only | PA0001909485 | 08/11/2014 | 08/19/2014 | 10/29/2014 |
| Double Tease | PA0001892183 | 04/17/2014 | 04/29/2014 | 10/29/2014 |
| Vacation Fantasy | PA0001814250 | 11/10/2012 | 11/28/2012 | 10/29/2014 |
| Rolling in the Sheets | PA0001847653 | 06/01/2013 | 06/17/2013 | 10/29/2014 |
| Marry Me | PA0001847650 | 05/25/2013 | 06/18/2013 | 10/29/2014 |

EXHIBIT B

STX66

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Sweetest Dreams | PA0001820194 | 01/04/2013 | 01/08/2013 | 10/28/2014 |
| Introducing Kiki | PA0001860965 | 08/11/2013 | 09/08/2013 | 10/28/2014 |
| Then They Were Three | PA0001817761 | 12/09/2012 | 12/16/2012 | 10/28/2014 |
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 10/28/2014 |
| LA Plans | PA0001869248 | 11/19/2013 | 11/22/2013 | 10/27/2014 |
| They Seem so Sweet | PA0001904151 | 06/15/2014 | 06/19/2014 | 10/27/2014 |
| Seeing Double | PA0001824840 | 02/02/2013 | 02/07/2013 | 10/27/2014 |
| A Blonde in my Bedroom | PA0001869247 | 11/17/2013 | 11/22/2013 | 10/27/2014 |
| One Show For Each | PA0001921295 | 10/26/2014 | 11/06/2014 | 10/26/2014 |
| Together at Last | PA0001846096 | 05/18/2013 | 06/16/2013 | 10/25/2014 |
| Two By Two | PA0001898093 | 05/23/2014 | 06/06/2014 | 10/23/2014 |
| Blindfold Me and Tie Me Up | PA0001867888 | 11/01/2013 | 11/03/2013 | 10/23/2014 |
| Tuesday Morning | PA0001828897 | 02/26/2013 | 03/12/2013 | 10/23/2014 |
| Deep Blue Passion | PA0001885168 | 03/21/2014 | 03/24/2014 | 10/21/2014 |
| Blindfold Me Part #2 | PA0001867890 | 11/03/2013 | 11/06/2013 | 10/19/2014 |
| Awe Inspiring Orgy | PA0001917712 | 10/11/2014 | 10/19/2014 | 10/17/2014 |
| Pink Perfection | PA0001887098 | 04/07/2014 | 04/07/2014 | 10/08/2014 |
| Insanely Gorgeous | PA0001885205 | 03/19/2014 | 03/24/2014 | 10/08/2014 |
| Not Alone | PA0001889410 | 04/09/2014 | 04/15/2014 | 10/07/2014 |
| Tiffanys Tight Ass | PA0001912772 | 08/30/2014 | 09/17/2014 | 10/01/2014 |
| Raw Passion | PA0001860979 | 08/18/2013 | 09/02/2013 | 10/01/2014 |
| Sparks | PA0001916039 | 09/24/2014 | 10/06/2014 | 10/01/2014 |
| Erotic Stretching and Sex | PA0001862293 | 09/08/2013 | 09/08/2013 | 09/23/2014 |
| Four Ways | PA0001914532 | 09/13/2014 | 09/16/2014 | 09/22/2014 |
| Cum On The Floor | PA0001914818 | 09/22/2014 | 09/22/2014 | 09/22/2014 |

EXHIBIT B

STX66

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Lovers Way | PA0001905141 | 06/21/2014 | 07/02/2014 | 09/22/2014 |
| Without Words | PA0001859650 | 07/17/2013 | 08/01/2013 | 09/22/2014 |
| The Young and the Restless | PA0001843111 | 05/05/2013 | 05/15/2013 | 09/22/2014 |
| Truth or Dare | PA0001846099 | 05/16/2013 | 06/30/2013 | 09/22/2014 |
| A Wonderful World | PA0001847651 | 05/27/2013 | 06/17/2013 | 09/22/2014 |
| Thunderstorm Love | PA0001909507 | 08/13/2014 | 08/26/2014 | 09/22/2014 |
| Au Paradis | PA0001895846 | 05/05/2014 | 05/16/2014 | 09/22/2014 |
| No Turning Back Part #2 | PA0001874525 | 12/27/2013 | 12/30/2013 | 09/22/2014 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 09/22/2014 |
| Late for Work | PA0001833360 | 03/15/2013 | 04/12/2013 | 09/22/2014 |
| Model Couple | PA0001852677 | 06/22/2013 | 06/27/2013 | 09/20/2014 |
| Russian Connection | PA0001886189 | 03/30/2014 | 04/02/2014 | 09/20/2014 |
| Body Language | PA0001868096 | 10/26/2013 | 11/01/2013 | 09/19/2014 |
| Naughty and Nice | PA0001819290 | 12/25/2012 | 12/31/2012 | 09/19/2014 |
| Group Sex | PA0001892182 | 04/19/2014 | 04/29/2014 | 09/19/2014 |
| Snow White and the Prince | PA0001846095 | 05/22/2013 | 06/17/2013 | 09/19/2014 |
| Double Daydreams | PA0001869246 | 11/13/2013 | 11/21/2013 | 09/18/2014 |
| So Beautiful | PA0001868919 | 11/11/2013 | 11/13/2013 | 09/18/2014 |
| Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 09/18/2014 |
| Epic Love | PA0001898091 | 05/25/2014 | 06/06/2014 | 09/16/2014 |
| Warm Inside | PA0001820856 | 01/11/2013 | 01/13/2013 | 09/15/2014 |
| They Only Look Innocent | PA0001877471 | 01/24/2014 | 01/31/2014 | 09/15/2014 |
| Grow Up With Me | PA0001866185 | 10/17/2013 | 10/19/2013 | 09/12/2014 |
| Pool Party For Three | PA0001859656 | 07/13/2013 | 08/01/2013 | 09/12/2014 |
| Risky Business | PA0001878455 | 02/01/2014 | 02/18/2014 | 09/12/2014 |

EXHIBIT B

STX66

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Feeling Frisky | PA0001880671 | 02/22/2014 | 02/27/2014 | 09/08/2014 |
| Introducing Mila | PA0001859652 | 07/23/2013 | 08/01/2013 | 09/04/2014 |
| Paint Me White | PA0001909785 | 08/24/2014 | 08/26/2014 | 09/04/2014 |
| Shes A Spinner | PA0001914521 | 09/03/2014 | 09/17/2014 | 09/04/2014 |
| Love at First Sight | PA0001872756 | 12/14/2013 | 12/15/2013 | 09/04/2014 |
| Fantasy Come True | PA0001874629 | 12/19/2013 | 12/26/2013 | 08/15/2014 |
| My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 08/15/2014 |
| This Really Happened | PA0001860970 | 08/03/2013 | 09/01/2013 | 08/15/2014 |
| Arrest Me | PA0001871941 | 11/25/2013 | 11/29/2013 | 08/09/2014 |
| From Three to Four | PA0001898059 | 05/19/2014 | 06/06/2014 | 08/09/2014 |
| A Thought of You Part 2 | PA0001895665 | 05/13/2014 | 05/16/2014 | 08/08/2014 |
| In the Blind | PA0001909487 | 08/08/2014 | 08/20/2014 | 08/08/2014 |
| I Am In the Mood | PA0001880672 | 02/25/2014 | 02/27/2014 | 07/29/2014 |
| The Sleepover | PA0001838600 | 04/23/2013 | 04/28/2013 | 07/17/2014 |
| It Is A Fine Line | PA0001880437 | 02/15/2014 | 02/21/2014 | 07/17/2014 |
| Happy Birthday Capri | PA0001846087 | 05/24/2013 | 06/17/2013 | 07/15/2014 |
| Coming Late | PA0001904286 | 06/19/2014 | 06/24/2014 | 07/15/2014 |
| Give Me More Part 2 | PA0001905479 | 06/29/2014 | 07/02/2014 | 07/07/2014 |
| Girls Who Like Girls | PA0001852676 | 06/20/2013 | 06/27/2013 | 07/03/2014 |
| Enchanting Real Orgasms | PA0001833295 | 03/22/2013 | 04/01/2013 | 06/22/2014 |
| Elle Hearts Girls | PA0001847652 | 05/30/2013 | 06/18/2013 | 06/17/2014 |
| High School Dropouts | PA0001871934 | 11/21/2013 | 11/29/2013 | 06/12/2014 |
| Submissive Seduction | PA0001878420 | 02/07/2014 | 02/13/2014 | 06/04/2014 |
| Burning | PA0001860951 | 07/27/2013 | 08/26/2013 | 05/22/2014 |
| Meet My Lover From Austria | PA0001898094 | 05/17/2014 | 06/06/2014 | 05/21/2014 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Out of This World | PA0001833294 | 03/28/2013 | 04/01/2013 | 05/19/2014 |
| Rose Petals | PA0001838598 | 04/17/2013 | 04/28/2013 | 05/06/2014 |
| Sapphic Waltz | PA0001843110 | 05/07/2013 | 05/14/2013 | 05/06/2014 |
| Working Out Together | PA0001824841 | 01/30/2013 | 02/07/2013 | 05/02/2014 |
| Back to Bed | PA0001847656 | 06/08/2013 | 06/18/2013 | 04/23/2014 |
| Play Me | PA0001847659 | 06/14/2013 | 06/30/2013 | 04/19/2014 |
| Spur Of The Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 04/15/2014 |
| Playing Dress Up | PA0001874742 | 01/12/2014 | 01/15/2014 | 04/15/2014 |
| Oh Mia | PA0001852674 | 06/28/2013 | 07/05/2013 | 04/11/2014 |
| All Oiled Up | PA0001885187 | 03/15/2014 | 03/24/2014 | 04/11/2014 |
| Two Boys and a Girl | PA0001828896 | 03/05/2013 | 03/12/2013 | 04/11/2014 |
| All Tied Up | PA0001866077 | 10/19/2013 | 10/21/2013 | 04/11/2014 |
| Fashion Fantasy | PA0001885185 | 03/13/2014 | 03/24/2014 | 04/11/2014 |
| Going Strong | PA0001859660 | 07/06/2013 | 08/02/2013 | 04/11/2014 |
| Simply Stunning | PA0001843103 | 05/03/2013 | 05/14/2013 | 04/08/2014 |
| Newlyweds | PA0001859662 | 07/04/2013 | 07/26/2013 | 04/04/2014 |
| So Close Together | PA0001860976 | 08/09/2013 | 09/08/2013 | 04/01/2014 |
| In Charge | PA0001865956 | 10/04/2013 | 10/06/2013 | 04/01/2014 |
| Girl in a Room | PA0001860968 | 08/07/2013 | 09/06/2013 | 03/25/2014 |
| Just the Three of Us | PA0001880670 | 02/21/2014 | 02/27/2014 | 02/22/2014 |
| Spilled Milk | PA0001833299 | 03/08/2013 | 04/01/2013 | 02/03/2014 |

**Total Malibu Media, LLC Copyrights Infringed:  217**

STX66                                                             EXHIBIT B